# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEMON CROSBY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:24-cv-02738-PD<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  May 12, 2025

*Patricia Donahue*
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE